No. 85–1551.   KARCHER, SPEAKER OF THE NEW JERSEY GENERAL ASSEMBLY, ET AL. *v.* MAY ET AL.   Appeal from C. A. 3d

Cir. Further consideration of question of jurisdiction postponed to hearing of case on the merits.